# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**JASON RANDALL HOLLOWAY**,

        Defendant.

No. 10-04052-01-CR-C-FJG

## ORDER

Upon Motion For Dismissal (Doc. #164) filed by the United States of America, and for good cause shown, it is hereby

ORDERED that Counts One, Two, Three and Four of the First Superseding Indictment filed in the above cause as to Defendant Jason Randall Holloway are dismissed.

Date: November 25, 2013        /s/ Fernando J. Gaitan, Jr.
                                                    **FERNANDO J. GAITAN, JR.**
                                                    Chief United States District Judge